ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
(951) 826-8000 FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| LARRY AND SUSAN HANNAH,<br><br>Debtor(s). | Case No. 17-bk-19611 MH<br>Chapter 13<br><br>STIPULATION<br>MODIFYING PLAN<br><br>(No hearing required) |

THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

The confirmed plan is modified as follows:

The plan payment amount is increased to $742.00 commencing with the payment due June 20, 2018, and the plan base is increased to $43,780.00. No other changes to plan.

Date: 4/23/18

ROD DANIELSON, Chapter 13 Standing Trustee

Date: 05/07/2018

Attorney for Debtor

Date: 05/07/2018

Debtor

Date: 05/07/2018

Debtor

*Please sign & fax to Trustee at 951-826-8090. Please mail the original signed stipulation to the Trustee.*
**REMEMBER: Judge Houle requires debtors' signatures on stipulations to modify plans**